IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA and
THE STATE OF CALIFORNIA, ex rel.
James Prince, an individual,

Plaintiffs,

v.

Development Transformations Institute, Inc.
A/K/A DT Institute; DT GLOBAL LLC,
A/K/A DT GLOBAL; GPD CHARITABLE TRUST
A/K/A GPD TRUST; JPD PRIVATE TRUST
COMPANY, LTD. A/K/A JDP TRUST;
JOHN DEBLASIO, an individual; HUGH DOYLE,
an individual and DOES 1-10,

Defendants.

Civil Action No. 22-cv-01340 (TJK)

**STIPULATION OF DISMISSAL**

Relator James Prince filed this action on May 16, 2022 (Doc. No. 1). His *qui tam* complaint asserted claims against defendants Development Transformations Institute, Inc. ("DTI"), DT Global LLC, and related companies and executives. Relator's first and second claims for relief allege violations of the FCA on behalf of the United States. Relator also asserted personal claims for violations of (i) the FCA anti-retaliation provisions and the common law protections of the District of Columbia (Third Claim for Relief); (ii) the California Fair Employment and Housing Act (Fourth Claim for Relief); and (iii) District of Columbia Code provisions related to employment discrimination (Fifth Claim for Relief). After investigation, the United States declined to intervene in relator's FCA claims on July 24, 2025. (Doc. No. 12.)

Relator wishes to voluntarily dismiss the First and Second Claims for Relief under Federal Rule of Civil Procedure 41(a)(1), and the United States consents to such dismissal without

prejudice to the United States.

Dated: September 11, 2026

Respectfully submitted,

**HERSHEY LAW, P.C.**

By: ___*/s/ Jonathan D. Redford*________________

BRENNAN M. HERSHEY, ESQ.
JOHNNY RUNDELL, ESQ.
JONATHAN D. REDFORD, ESQ.
Attorneys for Plaintiff/Realtor,
JAMES PRINCE

DATED: September 11, 2026

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JEANINE FERRIS PIRRO
United States Attorney

Melissa E. Goforth Koenig
MELISSA E. GOFORTH KOENIG, Bar #24027269
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Telephone No.: (202) 252-2534
Melissa.Goforth.Koenig@usdoj.gov

JAMIE ANN YAVELBERG
NATALIE WAITES
EMILY BUSSIGEL
Attorneys, Civil Division
Commercial Litigation Branch
United States Department of Justice
PO Box 261, Ben Franklin Station
Washington, DC 20044
Telephone No.: (202) 353-2606
emily.a.bussigel@usdoj.gov

*Attorneys for the United States of America*